IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DURRIEL E. GILLAUM,

      Petitioner,

vs.                                       No. 11-0482-DRH

JAMES CROSS,

      Respondent.

## JUDGMENT

**HERNDON, Chief Judge:**

    **DECISION BY COURT**. This matter came before the Court on Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 22, 2013, this habeas petition pursuant to 28 U.S.C. §2241 is **DENIED** and **DISMISSED with prejudice.**

    **IT IS SO ORDERED.**

    Signed this 22nd day of April, 2013.

Digitally signed by
David R. Herndon
Date: 2013.04.22
11:32:26 -05'00'

                                              Chief Judge
                                              United States District Court